UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| SEARON MCFARLAND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:05-CV-405 TS |
| | ) | |
| ED BUSS, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner Searon McFarland filed a petition for writ of *habeas corpus*. The petition must be dismissed because the petitioner did not allege a sanction that is actionable under 28 U.S.C. § 2254. In his petition, Mr. McFarland says that as a sanction he received disciplinary segregation and recreation restrictions. Mr. McFarland has no liberty interest in not being placed in segregation, or in not receiving other types of restrictions. *See Higgason v. Farley*, 83 F.3d 807 (7th Cir. 1996).

Mr. McFarland's petition for writ of habeas corpus must be denied on its face on the basis of Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court which allows for the dismissal of a petition because it plainly appears from the face of this petition that the petition is not entitled to relief. *See Dellenbach v. Hanks*, 76 F.3d 820 (7th Cir. 1996).

Accordingly, the petition is **DISMISSED**.

SO ORDERED on July 14, 2005.

S/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT